# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    Ellyn B. Hartman | ) | No. 20-13817 |
|          Debtor. | ) | Judge A. Benjamin Goldgar |
| | ) | (Lake County) |

## **NOTICE OF MOTION**

To:   See Attached Service List

Please take notice that on the 28th day of August, 2020, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar or any Judge presiding in his stead, and present the following motion, a copy of which is attached: APARTMENT MANAGEMENT CONSULTANTS, LLC's MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO 201 S. BUESCHING ROAD, APARTMENT NO. 113, LAKE ZURICH, ILLINOIS 60047.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                                  /s/ Megan M. Lazar

Megan M. Lazar/ Atty. No. 6293103
Law Offices of David K. Barhydt
2901 Butterfield Road, Oak Brook, Illinois 60523
(630) 218-4915 / lazar@barhydtlaw.com
*Attorneys for Movant/Creditor*

## Certificate of Service

I, Megan M. Lazar, an attorney, certify that I served this Notice and Motion upon all parties so named in this Notice on August 19, 2020, from Oak Brook, Illinois by the method of service as set forth in the attached Service List.

                                                                  /s/ Megan M. Lazar

## Service List

| | |
|---|---|
| Ellyn B. Hartman<br>201 S. Buesching Road<br>Apartment No. 113<br>Lake Zurich, Illinois  60047 | *By First Class Mail*<br>*Deposited in U.S. Mail from Oak Brook,*<br>*Illinois, with proper postage prepaid* |
| Prairie State Legal Services<br>Gautham Kaveti<br>325 West Washington Street<br>Suite 100<br>Waukegan, Illinois  60085<br>gkayeti@pslegal.org | *By Electronic Mail* |
| <u>Debtor's Counsel</u><br>David M. Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, Illinois 60090 | *By ECF Electronic Delivery* |
| <u>Bankruptcy Trustee</u><br>Ilene F. Goldstein<br>Law Offices of Ilene F. Goldstein<br>900 Skokie Boulevard<br>Suite 128<br>Northbrook, Illinois 60062 | *By ECF Electronic Delivery* |
| <u>United States Trustee</u><br>Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 South Dearborn Street, Room 873<br>Chicago, Illinois  60604 | *By ECF Electronic Delivery* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|    Ellyn B. Hartman | ) | No. 20-13817 |
|        Debtor. | ) | Judge A. Benjamin Goldgar |
| | ) | (Lake County) |

**APARTMENT MANAGEMENT CONSULTANTS, LLC's**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO**
**201 S. BUESCHING ROAD, APARTMENT NO. 113, LAKE ZURICH, ILLINOIS 60047**

Now comes Apartment Management Consultants, LLC ("Creditor"), as Managing Agent for Owner Liberty Lake ("Owner"), by and through its attorneys, Megan M. Lazar of Law Offices of David K. Barhydt, pursuant to 11 U.S.C. § 362(d) and in support of its Motion, states as follows:

1. On or about August 2, 2019, Owner, as Lessor, and Ellyn Sue Bunny Hartman aka Ellyn B. Hartman ("Debtor"), as Lessee, entered into a Lease Contract ("Lease") for rental of the premises commonly known as 201 S. Buesching Road, Apartment 113, Lake Zurich, Illinois 60047 ("Premises") for a term of August 2, 2019 through July 31, 2020. Owner and Debtor also signed the Lease Addendum entitled "Community Policies." True and correct copies of the relevant portions of the Lease and the entire Community Policies Addendum is attached hereto as **Exhibit A** and **Exhibit B** respectively.

2. Debtor does not have any ownership interest in the Premises.

3. On October 31, 2019, Creditor, served a Ten-Day Notice of Termination of Tenancy ("Ten-Day Notice") to obtain possession of the Premises because of Debtor's

various Lease violations pursuant to Lease Paragraphs 8 and 19 and Community Policies Sections A and F. See Ten-Day Notice, **Exhibit C**.

4. On November 26, 2019, based on Debtor's failure to vacate the Premises pursuant to the Ten-Day Notice, Creditor filed an eviction action ("Eviction Action") against Debtor and Unknown Occupants, Case No. 19LM2225, in Lake County, Illinois, for possession of the Premises, plus attorneys' fees and court costs, returnable on December 10, 2019. See Complaint and Summons, **Exhibit D**.

5. On December 10, 2019, an Alias Summons was issued, returnable on January 7, 2020. Service was effectuated on January 2, 2020. See Alias Summons and Affidavits of Service, **Exhibit E**.

6. Debtor was represented by counsel in the Eviction Action, which was continued multiple times for status and trial, and ultimately on July 1, 2020, Creditor and Debtor entered an Agreed Order continuing the Eviction Action to September 8, 2020, for a status, *inter alia*, on Debtor's vacating of the Premises on or before September 6, 2020. See Agreed Eviction Action Order, **Exhibit F**.

7. On July 12, 2020, after the Agreed Eviction Action Order was entered and without giving notice to Creditor, Debtor filed the instant petition under Chapter 7 ("Petition") and that is pending before the Court.

8. On August 10, 2020, Creditor received the Notice of the Petition in the U.S Mail.

9. As of the date of this Motion, Debtor remains in possession of the Premises. If Debtor does not vacate the Premises on or before September 6, 2020, pursuant to the

Agreed Eviction Action Order, then Debtor is entitled to a judgment for immediate possession in the Eviction Action on September 8, 2020. See Ex. F at ¶ 12.

10. 11 U.S.C. § 362(d) provides the following:

"On request of a party in interest and after notice and hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay – (1) For cause, including the lack of adequate protection of an interest in property of such party in interest; or (2) With respect to a stay of an act against property under subsection (a) of this section, if – (A) the Debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization.

*Id.*

11. The Court should grant relief from the automatic stay, in the form of modification, because Creditor is without adequate protection of its interest in the property and in the event Debtor does not vacate on or before September 6, 2020, Creditor is being irreparably damaged by Debtor's continued withholding of the Premises. Further, Debtor does not have any ownership interest in the Premises which would provide any equity necessary to an effective reorganization.

12. Creditor further requests an order that the fourteen day stay under Bankruptcy Rule 4001(a)(3) is not applicable as to Creditor.

WHEREFORE, Creditor Apartment Management Consultants, LLC, as Managing Agent for Owner, prays that this Honorable Court grant its Motion and enter an order: (1) modifying the automatic stay as to Apartment Management Consultants, LLC so that it may proceed pursuant to non-bankruptcy law against 201 S. Buesching Road, Apartment 113, Lake Zurich, Illinois 60047, if Debtor does not vacate the Premises on or before September

6, 2020; (2) finding that Bankruptcy Rule 4001(a)(3) is not applicable to Creditor; and (3) for such other and further relief as is just and proper.

                                                  Respectfully Submitted,

                                                  Apartment Management Consultants, LLC
                                                  as Managing Agent for Owner

                                                  /s/ Megan M. Lazar
                                                  One of Its Attorneys

Megan M. Lazar/ No. 6293103

Law Offices of David K. Barhydt

2901 Butterfield Road, Oak Brook, Illinois 60523

(630) 218-4915 / lazar@barhydtlaw.com

*Attorneys for Movant/Creditor*